# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00162-CV

### Texas Department of Public Safety, Appellant

### v.

### Bryan H. Reynolds, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-06-003925, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The Texas Department of Public Safety has filed a document entitled "Appellant's Unopposed Notice of Withdrawal of Notice of Interlocutory Appeal." In the document, the Department states that it is withdrawing its notice of interlocutory appeal. The Department further states that it has conferred with appellee's attorney of record regarding this matter, and appellee is unopposed to the withdrawal of the notice of appeal in this case. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   July 8, 2008